IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Equal Employment Opportunity Commission<br>        Plaintiff,<br><br> v.<br><br>Chesapeake Montessori Foundation, Inc. d/b/a Chesapeake Montessori School<br><br>        Defendant. | Civil Action No. 23-cv-02544 |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission brought claims in this action against Defendant Chesapeake Montessori Foundation, Inc. alleging that Defendant violated Sections 102(a) and (b)(4) of the Americans with Disabilities Act, as amended ("ADA"), 42 U.S.C. §§ 12112(a), (b)(4), by refusing to renew Michelle Washington as a teacher because of her daughter's disability.  While Defendants dispute EEOC's allegations, the Parties have agreed to terms for voluntary resolution of the claims through their negotiated Consent Decree (Decree). The Decree is the product of extensive negotiation between the parties, through respective counsel.  The parties' terms for resolution are embodied in the Decree and its exhibits, an executed version of which is attached hereto as Exhibit A.

The parties jointly move the Court to adopt and enter the Decree for the reasons stated therein.  The parties further submit that, as evidenced by its terms, the Decree is fair, adequate and reasonable, and is lawful and consistent with the ADA.  The Decree includes monetary relief for the allegedly aggrieved employee, and further requires affirmative steps concerning anti-discrimination including policy enhancements, training and employee education on rights and

protections.  The Decree serves the public interest by seeking to effectuate the purposes of the ADA.

EEOC's Complaint in this matter may be dismissed upon entry of the Decree, pursuant to its terms.

Dated:  12/15/2023

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| /s/ Debra M. Lawrence | /s/ Gregg Viola (w/perm.) |
| Debra M. Lawrence<br>Regional Attorney | Gregg Viola<br>Eccleston & Wolf , P.C. |
| /s/ Maria L. Morocco | |
| Maria L. Morocco<br>Assistant Regional Attorney | |
| /s/ Thomas D. Rethage | |
| Thomas D. Rethage<br>Senior Trial Attorney | |